**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants CITY OF REDDING and
KENNETH MARKS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF REDDING, a municipal corporation; )<br>KENNETH MARKS, individually and in his )<br>capacity as an officer for the Redding Police )<br>Department; DOES 1-25, inclusive, )<br>individually, jointly and severally, )<br>)<br>Defendants. ) | Case No.: 2:15-cv-00615-TLN-CMK<br><br>**ORDER REGARDING MODIFICATION TO SCHEDULING ORDER** |

The Court has considered the Joint Request and Stipulation of the parties regarding modification of expert disclosure in the Scheduling Order filed October 20, 2015. It appears good cause exists for the requested modification.

IT IS ORDERED that the Scheduling Order, Document No. 9, is modified to provide that initial expert witness disclosure shall occur on or before July 8, 2016, and that rebuttal expert disclosure shall occur on or before August 8, 2016. In all other respects, the Scheduling Order filed on October 20, 2015, shall remain unchanged.

Dated: March 23, 2016

_____
Troy L. Nunley
United States District Judge