**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants CITY OF REDDING and KENNETH MARKS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual, | Case No.: 2:15-cv-00615-TLN-CMK |
| Plaintiff, | |
| vs. | **ORDER REGARDING MODIFICATION TO SCHEDULING ORDER** |
| CITY OF REDDING, a municipal corporation; KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department; DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

The Court has considered the Joint Request and Stipulation of the parties regarding modification of expert disclosure in the Scheduling Order filed October 20, 2015 and as modified by Order filed March 24, 2016. It appears good cause exists for the requested modification.

IT IS ORDERED that the Scheduling Order, Document No. 9, is modified to provide that initial expert witness disclosure shall occur on or before **September 7, 2016** and that rebuttal expert disclosure shall occur on or before **October 7, 2016**. In all other respects, the Scheduling Order filed on October 20, 2015, shall remain unchanged.

Dated: July 7, 2016

_____
Troy L. Nunley
United States District Judge

ORDER REGARDING MODIFICATION TO SCHEDULING ORDER
1