**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel  (530) 245-1877
Fax (530) 245-1879

Attorneys for Defendants CITY OF REDDING and
KENNETH MARKS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual, | Case No.: 2:15-cv-00615-TLN-CMK |
| Plaintiff, | **ORDER RE:  SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF REDDING, a municipal corporation; KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department; DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

The Court has considered the Stipulation and request of the parties to conduct a Settlement Conference before Judge Newman.

IT IS THEREFORE ORDERED that the parties will conduct a Settlement Conference on **February 22, 2017 at 9:30 a.m. in Courtroom 25** of the above-entitled Court before the Honorable Kendall J. Newman.

Dated:  January 12, 2017

_____
Troy L. Nunley
United States District Judge

ORDER RE:  SETTLEMENT CONFERENCE

1