GARY BRICKWOOD, SBN 94892
**BRICKWOOD LAW OFFICE**
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
FAX: (530) 245-1879

Attorneys for Defendants CITY OF REDDING
and KENNETH MARKS

JOHN L. BURRIS ESQ., SBN 69888
BEN NISENBAUM ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
james.cook@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual, | Case No. 2:15-cv-00615 TLN CMK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER STAYING DEADLINES RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF REDDING, a municipal corporation; KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department; DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |
| _____/ | |

# STIPULATION

WHEREAS, Defendants have filed a Motion for Partial Summary Judgment, with Plaintiff's responsive pleading pending, and a hearing date of May 18, 2017 at 2:00 p.m.

WHEREAS, the parties are currently involved in settlement negotiations that, if consummated, would resolve the entire action.

WHEREFORE, the parties stipulate to continue the deadlines for Plaintiff's responsive pleadings to Defendants' pending dispositive motion, to May 22, 2017, with Defendants' Reply briefing due May 30, 2017.

Based on the parties calendars, including a 9th Circuit oral argument by Plaintiff's counsel in *Lam v. City of San Jose* set for June 15, 2017, the parties respectfully request the Court continue the hearing date on Defendants' pending motion, if needed, to June 22, 2017, at 2:00 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 2, 2017.  BRICKWOOD LAW OFFICE


    /s/ *GARY BRICKWOOD*
GARY BRICKWOOD
Attorney for Defendant


Dated: May 1, 2017.  LAW OFFICES OF JOHN BURRIS


By:   /s/ *JAMES COOK*
JAMES COOK
Attorney for Plaintiff

## ORDER

PURSUANT to the parties' stipulation, Defendants' pending motion for partial summary judgment is hereby stayed, pending the consummation of settlement discussions. Should the instant action not be settled, contingent on City Council approval and execution of the settlement, by May 22, 2017, Plaintiff's shall file their opposing documents to Defendants' pending Motion for Partial Summary Judgment by that day, May 22, 2017. Defendant Reply briefing, if any, shall be filed no later than May 30, 3017.

The hearing on Defendants' pending Motion for Partial Summary Judgment is re-set from May 18, 2017 to **June 29, 2017 at 2:00 p.m.**

IT IS SO ORDERED.

Date: May 03, 2017

Troy L. Nunley
United States District Judge