**GARY BRICKWOOD, SBN 94892**
**BRICKWOOD LAW OFFICE**
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
FAX: (530) 245-1879

Attorneys for Defendants CITY OF REDDING
and KENNETH MARKS

JOHN L. BURRIS ESQ., SBN 69888
BEN NISENBAUM ESQ., SBN 222173
JAMES COOK ESQ., SBN 300212
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
james.cook@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual, | Case No. 2:15-cv-00615 TLN KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FURTHER STAYING DEADLINES RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CITY OF REDDING, a municipal corporation; KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department; DOES 1-25, inclusive, individually, jointly and severally, | |
| Defendants. | |

# STIPULATION

WHEREAS, the Court previously granted the parties' stipulation to stay deadlines regarding Defendants' Motion for Partial Summary Judgment (see Doc. No. 31, continuing Plaintiff's deadline to respond to Defendants' Motion to May 22, 2017) and re-set the hearing date on Defendants Motion for Partial Summary Judgment from May 18, 2017 to June 29, 2017 at 2:00 p.m.

WHEREAS, the parties are continuing settlement negotiations that, if consummated, would resolve the entire action, and need further time to complete settlement negotiations.

WHEREFORE, the parties stipulate to further continue the deadlines for Plaintiff's responsive pleadings to Defendants' pending dispositive motion, to May 30, 2017, with Defendants' Reply briefing due June 6, 2017.

The requested continuance would not impact the re-set hearing date of June 29, 2017, at 2:00 p.m., which would remain on calendar.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: _____, 2017.   BRICKWOOD LAW OFFICE

   /s/ *GARY BRICKWOOD*
   GARY BRICKWOOD
   Attorney for Defendant

Dated: May 16, 2017.   LAW OFFICES OF JOHN BURRIS

   By:   /s/ *Benjamin Nisenbaum*
         Ben Nisenbaum
         Attorney for Plaintiff

# ORDER

PURSUANT to the parties' stipulation, Defendants' pending motion for partial summary judgment is hereby further stayed, pending the consummation of settlement discussions. Should the instant action not be settled, contingent on City Council approval and execution of the settlement, by May 30, 2017, Plaintiff's shall file their opposing documents to Defendants' pending Motion for Partial Summary Judgment by that day, May 30, 2017. Defendants' Reply briefing, if any, shall be filed no later than June 6, 2017.

The hearing date on Defendants' Motion for Partial Summary Judgment shall remain unchanged: **June 29, 2017 at 2:00 p.m**.

IT IS SO ORDERED.

Dated: May 17, 2017

Troy L. Nunley
United States District Judge