UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDDING, a municipal corporation, and KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department,<br><br>　　　　　Defendants. | No. 2:15-cv-00615-TLN-CMK<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS** |

　　　Having reviewed Plaintiff's Notice of Request to Seal Documents (ECF No. 39), Plaintiff's Request to Seal Documents, and Plaintiff's proposed Sealed Documents, and Good Cause appearing therefore, the Court hereby ORDERS that the instant Declaration of Benjamin Nisenbaum (ECF No. 41-2) in support of Plaintiff's counsel's Motion to Withdraw as Counsel of Record for Joel Jarrard (ECF No. 41), and the contents of said declaration shall not be disclosed to the defense.  The documents are hereby SEALED.

　　　IT IS SO ORDERED.

Dated: July 13, 2017

Troy L. Nunley
United States District Judge