IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, | No. 2:15-CV-0615-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is the motion to withdraw as plaintiff's counsel filed by Ben Nisenbaum, Esq., of the Law Offices of John L. Burris (Doc. 41). The matter was referred to the undersigned by the assigned District Judge (see order at Doc. 50).

Pursuant to Eastern District of California Local Rule 182(d), counsel may not withdraw leaving a party pro se without leave of court. Where leave of court is sought, counsel must provide an affidavit stating the current or last known address of the client and the efforts made to notify the client of the motion to withdraw. See id. In this case, counsel has provided the required affidavit showing that the motion to withdraw along with supporting declarations and exhibits were served on plaintiff at his last known address. Having reviewed the sealed

1

declaration of counsel and supporting exhibits, as well as the plaintiff's pro se declaration filed in opposition to counsel's motion (see Doc. 48), the court finds that counsel has shown good cause for withdrawal. Specifically, it appears that a breakdown in the attorney-client relationship has occurred such that counsel's continued representation of plaintiff is no longer feasible.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's motion to withdraw (Doc. 41) is granted;

2. Ben Nisenbaum, Esq., and the Law Offices of John L. Burris are relieved as counsel for plaintiff; and

3. The Clerk of the Court is directed to update the docket to reflect that plaintiff is proceeding pro se and that his address of record is:

>  3005 Monte Bello Drive
>  Redding, CA 96001

DATED: April 9, 2018

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE