# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, | No. 2:15-CV-0615-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. A review of the docket reflects that discovery closed on March 1, 2017 (see order at Doc. 18), and that dispositive motions have been filed and decided (see order at Doc. 49). A status/scheduling conference is hereby set before the undersigned on June 6, 2018, at 10:00 a.m. in Redding, California, to discuss setting this matter for trial.

Good cause appearing, IT IS HEREBY ORDERED that:

1. All parties shall appear by counsel or in person if acting without counsel. Plaintiffs proceeding pro se must each appear at the status conference and are reminded that they may not make appearances for other plaintiffs proceeding pro se.

2. The parties shall submit to the court and serve by mail on all other parties, no later than seven (7) days before the conference, a status/scheduling report addressing the following matters:

   a. Anticipated motions and the scheduling thereof;

            b. Future proceedings, including the scheduling of a pretrial conference and trial;

            c. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

            d. Whether the case is related to any other case, including matters in bankruptcy;

            e. Whether the counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving any disqualifications by virtue of her so acting, or whether they prefer to have a Settlement Conference before another judge; and

            f. Any other matters that may add to the just and expeditious disposition of this matter.

      3. Plaintiff and defense counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 160). In addition, the parties are cautioned that pursuant to Local Rule 230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

DATED: April 18, 2018

                                                                                      **CRAIG M. KELLISON**
                                                                                       UNITED STATES MAGISTRATE JUDGE