IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEL JARRARD,                      No. 2:15-CV-0615-TLN-CMK

         Plaintiff,

    vs.                                <u>ORDER</u>

CITY OF REDDING, et al.,

         Defendants.

_____/

       Plaintiff, who is proceeding pro se, brings this civil action. A final scheduling conference for purposes of trial setting was held in this matter on June 6, 2018, at 10:00 a.m. before the undersigned. Plaintiff Joel Jarrard appeared pro se. Gary Brickwood, Esq., appeared for defendant(s).

       Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a final schedule pursuant to Federal Rule of Civil Procedure 16(b).

       1.     Discovery is closed;

       2.     The dispositive motion deadline has passed and all pre-trial dispositive motions have been filed and decided;

1

3. The pre-trial conference is set for February 7, 2019, at 2:00 p.m. before the Honorable Troy L. Nunley in Sacramento, California. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

4. Jury trial of this matter is set for April 1, 2019, at 9:00 a.m. before the Honorable Troy L. Nunley in Sacramento, California. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: June 15, 2018

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE