UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JARRARD, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>CITY OF REDDING, a municipal corporation; KENNETH MARKS, individually and in his capacity as an officer for the Redding Police Department; and DOES 1-25, inclusive, individually, jointly and severally,<br><br>　　　　　Defendants. | CASE NO.: 2:15−CV−00615−TLN−DMC<br><br>**ORDER RE: SETTLEMENT CONFERENCE AND CONTINUANCE OF TRIAL DATE**<br><br>Trial Date:　　April 1, 2019 |

The Court has considered the stipulation and request of the parties to conduct a second settlement conference before Judge Newman, and to vacate the current trial date. For good cause shown,

**IT IS THEREFORE ORDERED t**hat the parties will conduct a Settlement Conference on February 13, 2019 at 9:00 a.m. in Courtroom 25 of the above-entitled Court, 501 I Street, Sacramento, CA 95814, before the Honorable Kendall J. Newman.

**IT IS FURTHER ORDERED** that the Law Office of John Burris, as plaintiff's former counsel and claimant of a lien on plaintiff's recovery, shall send a representative or representative(s) to the settlement conference with authority to negotiate the lien asserted by the firm, and to make decisions

with respect to the adjustment of any liability the Burris firm may have to the plaintiff; and

**IT IS FURTHER ORDERED** that the final pretrial conference and trial date, and all other related dates are hereby **VACATED**. The Court will reset the dates, if necessary, after the conclusion of the settlement conference.

**IT IS SO ORDERED:**

Dated: December 10, 2018

_____
Troy L. Nunley
United States District Judge